UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[1] | |
| Brian F. Leonard, Trustee, | Adv. No.: |
| 10-4485           Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME |
| K&R Auto Body & Painting, LLC, | |
| Defendant. | |

The Plaintiff, Brian F. Leonard, Trustee and Defendant K&R Auto Body & Painting, LLC, by their attorneys, enter into this Stipulation.

Whereas, Brian F. Leonard, Trustee, commenced this adversary proceeding on November 16, 2010 to avoid the Debtor's transfer of $17,404.44 to the K&R Auto Body & Painting, LLC under 11 U.S.C. §§547, 550 and 551.

Whereas, the K&R Auto Body & Painting, LLC has requested additional time to file its

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

answer or to otherwise respond to the complaint.

Therefore, the parties agree to extend the deadline for the K&R Auto Body & Painting, LLC to file its answer or respond to the complaint to March 3, 2011.

LEONARD, O'BRIEN, SPENCER,
GALE & SAYRE, LTD.


By: /e/ Andrea M. Hauser

   Andrea M. Hauser, #207469
   100 South Fifth Street
   Suite 2500
   Minneapolis, MN 55402
   (612) 332-1030
   ahauser@losgs.com
Attorneys for Brian F. Leonard, Trustee


Dated: February 3, 2011

**CAIN & HERREN**

By: _[signature]_
   David W. Cain, # 6678
   2141 West Vineyard Street
   Wailuku, Hawaii
   (808) 242-6139
   law@cainandherren.com
Attorneys for K&R Auto Body & Painting, LLC


Dated: February ___, 2011

| | |
|---|---|
| In re: | BKY Case No.:  08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[1] | |
| Brian F. Leonard, Trustee, | |
| Plaintiff, | Adv. No.:  10-4485 |
| vs. | **ORDER** |
| K&R Auto Body & Painting, LLC, | |
| Defendant. | |

This matter came before the Court on the Stipulation of Brian F. Leonard, Trustee and Plaintiff, and the Defendant K&R Auto Body & Painting, LLC dated February 4,, 2011.  Based on the Stipulation and the Court being fully advised in the premises, K&R Auto Body & Painting, LLC shall have until March 3, 2011 to file an answer in this adversary proceeding.

Dated: _____   _____
　　　　　　　　　　　　　　　　　Nancy C. Dreher
434293　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] Jointly administered estates of the following Debtors:  ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.